Sheet A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                :

     - v -                              :         NOTICE OF INTENT TO
                                                         FILE AN INFORMATION

BRENDAN JOHNSTON,                         :

        Defendant.             :

- - - - - - - - - - - - - - - - X

**JUDGE FURMAN**

**14 CRIM 404**

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          June  3  , 2014

                                        PREET BHARARA
                                        United States Attorney

                     By:    _____
                             SARAH Y. LAI
                             Assistant United States Attorney

                            AGREED AND CONSENTED TO:

**JUDGE FURMAN**
                   By:    _____
                             NADINE HETTLE, ESQ.
                             Attorney for Brendan Johnston

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/14
```