UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>BRENDAN JOHNSTON, a/k/a "BVI",<br><br>Defendant. | CASE NO. 14CR404-JMF<br><br>MOTION FOR ADMISSION PRO HAC VICE |

PURSUANT TO Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Jerry A. Behnke, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Brendan Johnston in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 15, 2014

Respectfully submitted,

By:    s/ Jerry A. Behnke
     Jerry A. Behnke, CA Bar No. 180462
     ARENT FOX LLP
     555 West Fifth Street, 48th Floor
     Los Angeles, CA 90013
     Tel: 213-443-7548/Fax: 213-629-7401
     Email: jerry.behnke@arentfox.com
     Attorneys for Defendant
     Brendan Johnston