UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>BRENDAN JOHNSTON, a/k/a "BVI,"<br><br>Defendant. | CASE NO. 14CR404-JMF<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Jerry A. Behnke for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: Jerry A. Behnke

Firm Name: ARENT FOX LLP

Address: 555 West Fifth Street, 48th Floor

City/State/Zip: Los Angeles, CA 90013

Telephone/Fax: 213-443-7548; 213-629-7401

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for BRENDAN JOHNSTON in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July____, 2014

_____
United States District Judge