# EXHIBIT A: BLACKSHADES RAT

- Total control
- Keylogger
- Webcam
- Credit card capture
- Spreader
  - Facebook
  - USB/IM
  - Torrent




# RAT FEATURES: USER INTERFACE



# RAT FEATURES: FILE HIJACKER



# RAT FEATURES: DDOS



# RAT FEATURES: WEBCAM CAPTURE

