UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,    14-CR-404-JMF

        Plaintiff,

        v.

BRENDAN JOHNSTON,

        Defendant.

<u>EXHIBIT B</u>

█████████████████████████████

May 13, 2015

Michael Zweiback
*Admitted Pro Hac Vice*
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
213.629.7400

Attorneys for Defendant
Brendan Johnston





































































